IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 4:19-096 |
| ) | |
| KRISTOPHER ANDREW TUCKER ) | |

## ORDER

Before the Court is the Government's Motion to Cancel Pending Trial and Close Criminal Case. After careful consideration, the Government's motion is **GRANTED**. As a result, the pending bench trial scheduled for August 5, 2019 is **CANCELLED**. The Clerk of Court is **DIRECTED** to close this case. The Government shall be permitted to petition this Court to reopen this matter based on a violation of the parties' agreement to defer prosecution.

This 1st day of August 2019.

HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA